No. 90–71. HACKLER ET AL. v. LANGENKAMP. C. A. 10th Cir. Certiorari denied.

No. 90–76. JUZWIN ET UX. v. ASBESTOS CORP. LTD., SUCCESSOR TO JOHNSON'S CO., ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–80. PENTA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–84. EDUCATION ASSISTANCE CORP. v. CAVAZOS, SECRETARY OF EDUCATION. C. A. 8th Cir. Certiorari denied.

No. 90–99. ITALIANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–119. CITIZENS FOR FAIR UTILITY REGULATION v. NUCLEAR REGULATORY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–190. DODSON v. SUPERIOR COURT OF CONNECTICUT, HARTFORD-NEW BRITAIN JUDICIAL DISTRICT. Sup. Ct. Conn. Certiorari denied.

No. 90–200. MISSOURI PACIFIC RAILROAD CO., DBA UNION PACIFIC RAILROAD CO. v. MITCHELL. Sup. Ct. Tex. Certiorari denied.

No. 90–203. BERRY v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–220. DE SOUZA v. SCHULTZ. Cir. Ct. Arlington County, Va. Certiorari denied.

No. 90–223. OYLER v. JONES, DISTRICT JUDGE, DISTRICT COURT OF JOHNSON COUNTY, KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 90–239. UNITED TRANSPORTATION UNION v. UNITED TRANSPORTATION UNION, LOCAL 74. C. A. 6th Cir. Certiorari denied.

No. 90–245. SHARP ET AL. v. KANSAS. C. A. 10th Cir. Certiorari denied.